IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01381-WYD-BNB

SATIVA STEPHENS,

    Plaintiff,

v.

EXCLUSIVE RESORTS, LLC,

    Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendants Robert Bosch Corporation and Bosch Rexroth Incorporated.   For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  November 3, 2006

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge