IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01381-RPM

SATIVA STEPHENS,

        Plaintiff,

v.

EXCLUSIVE RESORTS, LLC,

        Defendant.
_____

ORDER VACATING ORDER OF REFERENCE AND SECTION 10 OF THE
SCHEDULING ORDER
_____

        This action having been reassigned to this Court, it is

        ORDERED that the Order of Reference to Magistrate Judge Boyd N. Boland is vacated, and it is

        FURTHER ORDERED that Section 10, Dates for Further Conferences, in the Scheduling Order entered on September 14, 2006, is vacated.

        DATED:   November 7th , 2006

        BY THE COURT:

        s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge