IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01381-RPM

SATIVA STEPHENS,

                    Plaintiff,

v.

EXCLUSIVE RESORTS, LLC,

                    Defendant.
_____

ORDER OF DISMISSAL
_____

        Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #21), filed on this

day, it is

        ORDERED that this civil action is dismissed with prejudice, with each party to

pay their own costs and fees.

        DATED:   January 4th, 2007

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge